1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California  94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  JULIE M. HOUK   (SBN# 114968)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
   Berkeley, California  94705
7  (510) 848-4752; FAX: (510) 848-5819
   Email: jbcofc@aol.com
8
   Attorneys for Plaintiffs
9  NICOLE WHITE and PATRICIA WILSON

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 NICOLE WHITE and PATRICIA WILSON,   CASE NO: C09-05743 WHA (DMR)

13          Plaintiffs,                **STIPULATION AND [PROPOSED]
                                       ORDER FOR VOLUNTARY DISMISSAL
14 vs.                                 WITH PREJUDICE PURSUANT TO THE
                                       SETTLEMENT REACHED BETWEEN
15 CITY OF OAKLAND, et al.,            THE PARTIES**

16          Defendants.

17

18
         THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF
19
   RECORD, DO HEREBY STIPULATE AND AGREE THAT this action shall be dismissed with
20
   prejudice pursuant to the terms of the settlement of the entire action reached between the parties,
21

22
              STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
23         WHITE V. CITY OF OAKLAND, CASE NO. C09-05743 WHA (DMR)

24
                                            1

1  each party to bear its own attorneys' fees and costs.

2  IT IS SO STIPULATED:

3  Dated: December 6, 2010 _____/S/_____
   JAMES B. CHANIN
4  Attorney for Plaintiffs

5
   Dated:  December 2, 2010 _____/S/_____
6  RANDOLPH W. HALL
   Attorney for Defendants

7
   Pursuant to the Stipulation of the Parties
8  and for Good Cause Shown,

9  IT IS SO ORDERED:

10
   Dated: December _6_, 2010 _____
11 WILLIAM H. ALSUP
   Judge of the United States
12 District Court

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
WHITE V. CITY OF OAKLAND, CASE NO. C09-05743 WHA (DMR)

2